UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA JARIWALA<br><br>                    Plaintiff,<br><br>v.<br><br>ICELINK WATCH & JEWELRY INC.<br><br>                    Defendant. | Case No.:   20cv1879-LAB (LL)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a notice of dismissal without prejudice. (Docket no. 4.) Defendant has not answered or otherwise appeared. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  December 10, 2020

_Larry A. Burns_
Honorable Larry Alan Burns
Chief United States District Judge